**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mary Holguin, | No. CV-21-00175-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Commissioner of Social Security Administration, | |
| Defendant. | |

Based on the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses (Doc. 33), and good cause appearing,

**Accordingly,**

**IT IS ORDERED** that, pursuant to the parties' Stipulation (Doc. 33), that fees and expenses in the amount of $4,634 and $402 in costs as authorized by 28 U.S.C. §2412 be awarded subject to the terms of the Stipulation.

Dated this 29th day of November, 2022.

Honorable David C. Bury
United States District Judge